IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN RICE, | ) | No. C 09-1496 LHK (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| OFFICER J. RAMSEY, et al., | ) ) | |
| Defendants. | ) ) ) | |

    Pursuant to the Court's Order Granting Defendants' Motion to Dismiss signed today, judgment is hereby entered dismissing Plaintiff's First Amendment claim relating to the denial of Suhoor meals. The dismissal is without prejudice to refiling this claim in a new action after exhausting California's prison administrative process. 42 U.S.C. § 1997e.

    Also, pursuant to the Court's Order of today's date granting Defendants' motions for summary judgment, judgment is hereby entered as to the remaining claims in favor of all Defendants and against Plaintiff. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 9/18/12

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.09\Rice496jud.wpd