1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN RICE,                              )   No. C 09-1496 LHK (PR)
                                          )
                    Plaintiff,            )   JUDGMENT
                                          )
    vs.                                   )
                                          )
OFFICER J. RAMSEY, et al.,                )
                                          )
                    Defendants.           )
                                          )
_____       )

        Pursuant to the Court's Order Granting Defendants' Motion to Dismiss signed today,

judgment is hereby entered dismissing Plaintiff's First Amendment claim relating to the denial of

Suhoor meals.  The dismissal is without prejudice to refiling this claim in a new action after

exhausting California's prison administrative process.  42 U.S.C. § 1997e.

        Also, pursuant to the Court's Order of today's date granting Defendants' motions for

summary judgment, judgment is hereby entered as to the remaining claims in favor of all

Defendants and against Plaintiff.  The Clerk shall close the file.

        IT IS SO ORDERED.

DATED:  9/18/12                            _____
                                          LUCY H. KOH
                                          United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.09\Rice496jud.wpd