IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RICE,<br><br>    Plaintiff,<br><br>  vs.<br><br>B. CURRY, et al.,<br><br>    Defendants. | No. C 09-1496 LHK (PR)<br><br>**AMENDED** JUDGMENT |

     Pursuant to the Court's Amended Order Granting Defendants' Motion to Dismiss signed today, this amended judgment[1] is hereby entered dismissing Plaintiff's First Amendment claim relating to the denial of Suhoor meals.  The dismissal is without prejudice to refiling this claim in a new action after exhausting California's prison administrative process.  42 U.S.C. § 1997e.

     Also, pursuant to the Court's Amended Order of today's date granting Defendants' motions for summary judgment, judgment is hereby entered as to the remaining claims in favor of all Defendants and against Plaintiff.  The Clerk shall close the file.

     IT IS SO ORDERED.

DATED: 10/11/12

                                          LUCY H. KOH
                                          United States District Judge

---

[1] In a clerical error, the Court inadvertently listed non-Defendant J. Ramsey as a defendant in the case caption.  Pursuant to Federal Rule of Civil Procedure 60(a), the Court sua sponte issues this amended judgment to reflect the correct caption.

Amended Judgment
G:\PRO-SE\SJ.LHK\CR.09\Rice496jud.wpd